# Third District Court of Appeal

## State of Florida

Opinion filed August 27, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0720
Lower Tribunal No. 18-2109-CA-01
_____

**Camille Groom, et al.,**
Appellants,

vs.

**Estate of Susan Naughton, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Weinbaum P.A., and Lane Weinbaum (Coral Springs), for appellants.

Clay Naughton, for appellees.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>La Ley Sports Complex at City of Homestead, LLC v.</u> <u>City of Homestead</u>, 255 So. 3d 468, 469 (Fla. 3d DCA 2018) ("In reviewing a final judgment rendered from a non-jury trial, the trial court's findings of fact are clothed with a presumption of correctness. We apply a clear error standard to the findings of fact, and a finding will not be disturbed unless it is totally unsupported by competent and substantial evidence, it is clearly against the weight of the evidence, or it was induced by an erroneous view of the law. We review the trial court's conclusions of law and application of law to the facts *de novo*.") (internal citations omitted).